**Vickie L. McIver ROBERTS,
Plaintiff—Appellant,**

v.

**BAPTIST HOSPITAL AND MEDICAL CENTER, DIRECTOR, EMPLOYEE RELATIONS, Defendant—Appellee.**

No. 04–1696.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 15, 2004.
Decided Oct. 5, 2004.

Vickie L. McIver Roberts, Appellant pro se. William Randolph Loftis, Jr., Kristine Marie Howard, Constangy, Brooks & Smith, L.L.C., Winston–Salem, North Carolina, for Appellee.

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Vickie L. McIver Roberts appeals the district court's order granting Defendant's motion for summary judgment in her action under Title VII of the Civil Rights Act of 1964, as amended, and the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Roberts v. Baptist Hosp., Dir., Employee Relations*, No. CA–03–397–1 (M.D.N.C. filed May 17, 2004; entered May 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*